# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| ESTHER BROWNLEE et al., | ) | |
|     Plaintiffs, | ) | Case No.: 16-cv-00665 |
| | ) | |
| | ) | |
|     v. | ) | Judge:    Valderrama |
| | ) | Magistrate:    McShain |
| | ) | |
| CATHOLIC CHARITIES OF THE | ) | |
| ARCHDIOCESE OF CHICAGO et al. | ) | |
|     Defendants. | ) | |

## AGREED STIPULATION FOR DISMISSAL

NOW COME Plaintiffs Esther Brownlee and Joanie Fleming and Defendants Catholic Charities of the Archdiocese of Chicago and Dwayne Washington, by and through their undersigned counsel, and hereby stipulate to the dismissal of Plaintiffs' claims against all Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The parties respectfully request that this Court enter an order dismissing this matter without prejudice, with each party to bear its own attorneys' fees, expenses, and costs. The dismissal without prejudice shall convert to a dismissal with prejudice within 30 days of entry of this order, unless a party hereto files a motion seeking to set aside, or enforce, the terms of the parties' written settlement agreement.

Dated: June 15, 2022

(*Signature Page to Follow*)

Respectfully submitted,

| | |
|---|---|
| ESTHER BROWNLEE and<br>JOANIE FLEMING | CATHOLIC CHARTIES OF THE ARCHDIOCESE<br>OF CHICAGO and DWAYNE WASHINGTON |
| By: /s/ Renee C. Fell | By:/s/_Julie P. Argentieri_____ |
| Uche O. Asonye – 6209522<br>Renee C. Fell – 6312785<br>Asonye & Associates<br>100 N. LaSalle Street, Suite 2115<br>(312)795-9110<br>uasonye@aa-law.com<br>rfell@aa-law.com<br>Attorneys for Plaintiffs | Neil H. Dishman<br>Julia P. Argentieri<br>Jackson Lewis P.C.<br>150 N. Michigan Avenue<br>Suite 2500<br>Chicago, Illinois 60601<br>(312) 787-4949<br>dishmann@jacksonlewis.com<br>julia.argentieri@jacksonlewis.com<br>Attorneys for Defendants |

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this 15th day of June 2022 served a true and accurate copy of the foregoing *MUTUAL STIPULATION FOR DISMISSAL*, upon the following by electronically filing it with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:


Neil H. Dishman
Julia P. Argentieri
Jackson Lewis P.C.
150 N. Michigan Avenue
Suite 2500
Chicago, Illinois 60601
(312) 787-4949
dishmann@jacksonlewis.com
julia.argentieri@jacksonlewis.com

                                              Respectfully Submitted,
                                              Esther Brownlee and Joanie Fleming

                                              /s/ Renee C. Fell
                                              One of Their Attorneys

Uche O. Asonye - 6209522
Renee C. Fell - 6312785
Asonye & Associates
100 N. LaSalle St., Suite 2115
Chicago, IL 60602
312.795.9110
uasonye@aa-law.com
rfell@aa-law.com

3